JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiffs,<br><br>v.<br><br>THIRTEEN ITEMS OF MISCELLANEOUS COMPUTER EQUIPMENT,<br><br>                            Defendants. | Case No.<br>EDCV 16-1136 JGB (JPRx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed October 20, 2016, Plaintiff United States of America's Motion for Default Judgment is GRANTED. The Defendant Assets—thirteen items of miscellaneous computer equipment—are hereby forfeited to the Government, pursuant to U.S.C. § 981(a)(1)(G)(i).

Judgment is entered in favor of Plaintiff United States of America.

Dated: October 20, 2016

                                                      THE HONORABLE JESUS G. BERNAL
                                                      United States District Judge